UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Beverly R. Warner

No. 05-37792

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | Attached (Yes/no) | No. of sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - REAL PROPERTY | Y | 1 | $ 0.00 | | |
| B - PERSONAL PROPERTY | Y | 2 | $12,350.00 | | |
| C - PROPERTY CLAIMED AS EXEMPT | Y | 1 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | Y | 1 | | $ 29,722.00 | |
| E - CREDITORS HOLDLING UNSECURED PRIORITY CLAIMS | Y | 1 | | $ 6,012.00 | |
| F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS | Y | 3 | | $ 15,160.46 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | Y | 1 | | | |
| H - CODEBTORS | Y | 1 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR | Y | 1 | | | $1,142.00 |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR | Y | 1 | | | $1,842.00 |
| TOTAL NUMBER OF SHEETS OF ALL SCHEDULES | | 13 | | | |
| TOTAL ASSETS | | | $ 12,350.00 | | |
| TOTAL LIABILITIES | | | | $ 50,894.46 | |

In re: Beverly R. Warner

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL: | | $ 0.00 | |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan and homestead associations, or | | Commerce Bank - Checking Account <br> Savings Account | $ 1,000.00 <br> 2,500.00 |
| 3. Security deposits with public utilities, telephone | | Security Deposit | 1,100.00 |
| 4. Household good and furnishings including audio, video and computer equipment. | | Contents of House/Furniture | 5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, | | | |
| 6. Wearing apparel | | Clothing | 750.00 |
| 7. Furs and jewelry | | Jewelry | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Snowboarding Equipment | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund | | | |
| 10. Annuities, itemize and name each issuer | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | |
| 15. Accounts receivable | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | | |

## SCHEDULE B - PERSONAL PROPERTY
### (CONTINUED)

| TYPE OF PROPERTY | DESCRIPION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WIHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPION |
|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | |
| 20. Other contingent and unliquidated claims of every | | |
| 21. Patents, copyrights, and other intellectual | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories. | 1998 Ford F-150 - 100,000 miles<br>2004 Chrysler Crossfire | $ 3,000.00<br>$ 15,000.00 |
| 24. Boats, motors, and accessories | | |
| 25. Aircraft and accessories. | | |
| 26. Office equipment, furnishings, and supplies. | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | |
| 28. Inventory | | |
| 29. Animals | | |
| 30. Crops - growing or harvested. Give particulars | | |
| 31. Farming equipment and implements. | | |
| 32. Farm supplies, chemicals, and feed. | | |
| 33. Other personal property of any kind not already listed. Itemize. | | |
| | **TOTAL:** | **$ 27,350.00** |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

___X___  11 U.S.C. Section 522(b)(1):  Exemptions provided in 11 U.S.C. Section 522(d).  Note:  These exemptions are available only in certain states.

_____  11 U.S.C. Section 522(b)(2):  Exemptions provided under applicable no bankruptcy, federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Commerce Bank, Checking Account | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| Commerce Bank, Savings Account | 11 U.S.C. § 522(d)(5) | $ 2,500,00 | $2,500.00 |
| Security Deposit | 11 U.S.C. § 522(d)(5) | $1,100.00 | $1,100.00 |
| Contents of House/Furniture | 11 U.S.C. § 522(d)(3) | $5,000.00 | $5,000.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $  750.00 | $  750.00 |
| Jewelry | 11 U.S.C. § 522(d)(4)(5) | $1,500.00 | $1,500.00 |
| Snowboarding Equipment | 11 U.S.C. § 522(d)(5) | $ 1,000.00 | $1,000.00 |
| 1998 Ford F-150 100,000 miles | 11 U.S.C. § 522(d)(2)(5) | $3,000.00 | $3,000.00 |

In re:

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| 1011243177 Daimler Chrysler 200 Tournament Drive Horsham, PA 19044 | | | 2004 Chrysler Crossfire Carloan FMV: $ 15,000.00 | | $ 29,722.00 | $ 14,722.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SUBTOTAL:

TOTAL:        $ 29,722.00

In re:

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the
case but before the earlier o the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a)(2).

☐ Wages, salaries, and commissions
Wages salaries and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee,
earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent
provided in 11 U.S.C.§ 507 (a)(3).

☐ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the
cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(5).

☐ Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household
use, that were not delivered or provided. 11 U.S.C. § 507 (a)(6).

☐ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a)(7).

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| City of Philadelphia 1515 Arch Street Law Department, 15th Floor Philadelphia, PA 19102 | | | Business Taxes | | $6,012.12 | $ 6,012.12 |
| | | | | | | |
| | | | | | | |

SUBTOTAL:

TOTAL: **$6,012.12**

In re: Beverly R. Warner

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 4226610001<br>Chase NA<br>P.O. Box 15006<br>Wilmington, DE  19850 | | | Date Opened - 8/90<br>Credit Card | | $6,058.00 |
| 3119992014<br>PGW<br>800 Montgomery Ave.<br>Philadelphia, PA  19122 | | | Date Opened - 5/95<br>Residential Gas | | 2,396.00 |
| 486236242473<br>Capital One Bank<br>4851 Cox Road<br>Richmond, VA  23229 | | | Date Opened - 3/04<br>Credit Card | | 686.00 |
| 4767259<br>Cavalry Portfolio Service<br>4050 East Cotton Center Blvd.<br>Phoenix, AZ  85040 | | | Date Opened - 12/04<br>Sprint | | 338.00 |
| AT T-1ATTW019252190<br>Palisades<br>210 Sylvan Avenue<br>Englewood Cliffs, NJ  07632 | | | AT&T Wireless | | 202.00 |
| 076324280801<br>Stanley M. Feldman, DD<br>7635 Roosevelt Blvd.<br>Phila., PA | | | Dental Bill | | 312.00 |

SUBTOTAL:      $9,992.00

TOTAL:

In re:

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 11712104560183871<br>Trojan Professional SE<br>10571 Calle Lee<br>Los Alamitos, CA 90720 | | | Douglas Reich, DMD | | $ 56.00 |
| 4831<br>DRL Associates<br>344 Prospect Avenue<br>Hackensack, NJ 07601-2601 | | | Nirvana Health Club | | $ 622.00 |
| 5696<br>DRL Associates<br>344 Prospect Avenue<br>Hackensack, NJ 07601-2601 | | | Nirvana Health Club | | $1,078.00 |
| 3119992014<br>PGW<br>P.O. Box 7789<br>Philadelphia, PA 19101-7789 | | | Utility Bill | | $ 510.00 |
| M100246053<br>Einstein Practice Plan, Inc.<br>P.O. Box 13918<br>Philadelphia, PA 19101-3918 | | | Medical Bill | | $ 289.00 |
| ZZR141729699<br>Roosevelt Emergency Physician<br>P.O. Box 41481<br>Philadelphia, PA 19101-1481 | | | Medical Bill | | $ 277.00 |

SUBTOTAL: $  2,832.00

TOTAL: $ 12,824.00

In re:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 3492565072 Quest Diagnostics P.O. Box 41652 Philadelphia, PA 19101-1652 | | | Medical Bill | | $ 327.00 |
| NO14172969 Catholic Health East P.O. Box 7777W-0475 Philadelphia, PA 19175-0475 | | | Medical Bill - Nazareth Hospital | | $ 849.18 |
| 25152466 Albert Einstein Healthcare Network P.O. Box 8500-7135 Philadelphia, PA 19178-7135 | | | Medical Bill | | $ 1,160.28 |
| | | | | | |
| | | | | | |
| | | | | | |

SUBTOTAL: $  2,336.46

TOTAL: $ 15,160.46

In re:

# SCHEDULE G- EXECUTORY CONRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND ADDRESS , INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Chang BzngZou<br>6057 Ogontz Avenue<br>Philadelphia, PA 19141 | Lease of:<br>8725 Hargrave Street<br>Philadelphia, PA  19152 |

In re:

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

NAME AND ADDRESS OF CODEBTOR                                    NAME AND ADDRESS OF CREDITOR

| Frances Soslow<br>8844 Manchester Street<br>Philadelphia, PA 19152 | Chase Visa<br>P.O. Box 15006<br>Wilmington, DE 19850 |
| --- | --- |

In re:

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| DEBTOR'S MARITAL STATUS | DEPENDENTS OF DEBTOR AND SPOUSE | AGE | RELATIONSHIP |
|---|---|---|---|
| DIVORCED | | | |
| | Steven Warner, Jr. | 17 | Son |
| | Justin Warner | 11 | Son |

| EMPLOYMENT: | |
|---|---|
| OCCUPATION: | Cleaner |
| NAME OF EMPLOYER: | Self Employed |
| HOW LONG EMPLOYED: | 3 Years |
| ADDRESS OF EMPLOYER: | 8725 Hargrave Street<br>Philadelphia, PA  19152 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions | $ 1,000.00 | |
| Estimate monthly overtime | | |
| **SUBTOTAL** | | |
|    LESS PAYROLL DEDUCTIONS | | |
|    a.  Payroll  taxes and social security | | |
|    b.  Insurance | | |
|    c.  Union dues | | |
|    d.  Other | | . |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | | |
| | | |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the | | |
|    Debtor's use or that of dependant's listed above.  Child Support | $    142.00 | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) Unemployment Compensation - Wife | | |
| **TOTAL MONTHLY INCOME** | | |
| **TOTAL COMBINED MONTHLY INCOME** | $ 1,142.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re:

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.
Pro rate any payments made bi-weekly, quarterly, semi annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete
a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment: (include lot rented for mobile home) | $ 300.00 |
| Are real estate taxes included? ☐ Yes ☐ No   Is property insurance included? ☐ Yes   ☐ No | |
| Utilities   Electricity and heating fuel | 125.00 |
|     Water and Sewer | 50.00 |
|     Telephone | 100.00 |
|     Gas | 100.00 |
|     Cable | 67.00 |
|     Cell Phone | 50.00 |
|     Oil | |
| Home maintenance (repairs and upkeep) | |
| Food | 500.00 |
| Clothing | 250.00 |
| Laundry and dry cleaning | |
| Medical and dental expenses | 50.00 |
| Transportation (not including car payments) | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| Charitable contributions | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | |
|     Life | |
|     Health | |
|     Auto | |
| Taxes (not deducted from wages or included in home mortgage payments)  (specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan). | |
|     Auto | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other  -  Health Club | 25.00 |
| Other - | |
| Other - | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$1,842.00** |
| **FOR CHAPTER 12 AND 13 DEBTORS ONLY  (Provide the information requested below)** | |
| A.  Total projected monthly income | |
| B.  Total projected monthly expenses | |
| C.  Excess income (A minus B) | |
| **D.  Total amount to be paid into plan each month** | |

Form B6 Cont. (6-90)     Julius Blumberg, Inc; N Y C 10013

Case 05-37792-sr   Doc 6   Filed 10/30/05   Entered 10/30/05 10:46:04   Desc Main
Document     Page 15 of 24

in re:

_____   Debtor(s)   Case No._____

{if known}

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____13_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  9/26/05

Signature: _X Beverly Warner_____

Debtor

Date

Signature: _____

(Joint Debtor, if any)

{if joint case, both spouses must sign.}

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.       (Total shown on summary page plus 1.)

Date

Signature: _____

(Pint or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571._

IN RE:

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 -25. **If the answer to all applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

| | |
|---|---|
| ☐ **None. 1. Income from Employment or Operation of Business.** State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE (If more than one.) | 2005 - $ 10,000.00 to Date<br><br>2004 - $ 12,000.00<br><br>2003 - $ 12,000.00 |
| ☐ **None. 2. Income other than from Employment or Operation of Business.** State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE. | . $ 142.00/month child support. |
| **3. Payments to Creditors.** ☑ **None.** a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID AND AMOUNT STILL OWING. | |
| ☑ **None.** b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING. | |

| | |
|---|---|
| **4. Suits, Executions, Garnishments and Attachments**<br>☐  **None.  a.** List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.<br>Give  CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION. | City of Philadelphia v. Beverly Warner<br>Phila. Municipal Court # CE-05-04-75-0035<br>Plaintiff's attorney Victor M. Sosa I.D. # 91553<br>1515 Arch Street, 15th Fl., Philadelphia, PA 19102 |
| ☑ **None.  b.** Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year**  immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED,  DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY. | |
| ☐  **None.  5. Repossessions, Foreclosures, and Returns**<br>List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>Give  NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY | See # 4 |
| **6. Assignments and receiverships**<br>☑ **None.  a.** Describe any assignment of property for the benefit of creditors made with **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT. | |
| ☑ **None.  b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the pounces are separated and a joint petition is not filed.)<br>Give NAME AND ADDRESS OF CUSTODIAN,NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER AND DESCRIPTION AND VALUE OF PROPERTY. | |
| ☑ **None.  7. Gifts**<br>List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $ 200 in value per individual family member and charitable contributions aggregation less than $ 100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)  Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT and DESCRIPTION AND VALUE OF GIFT. | |

| | |
|---|---|
| ☑ **None. 8. Losses**<br>List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS. | |
| **None. 9. Payments Related to Debt Counseling or Bankruptcy**<br>List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.<br>Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY. | David J. Averett, Esquire, $ 500.00. |
| ☑ **None. 10. Other Transfers**<br>List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE and DESCRIBE PROPERTY TRANSFERRED AND | |
| ☑ **None 11. Closed Financial Accounts**<br>List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of the case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed.)<br>Give NAME AND ADDRESS OF INSTITUTION TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BANALNCE and AMOUNT  AND DATE OF SALE OR CLOSING. | |
| ☑ **None 12. Safe Deposit Boxes**<br>List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed.)<br>Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY. | |
| ☑ **None 13. Setoffs**<br>List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF | |
| ☑ **None 14. Property Held for Another Person**<br>List all property owned by another person that the debtor holds or controls.<br>Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY. | |

| | |
|---|---|
| ☐ **None 15. Prior Address of Debtor**<br>If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. Give ADDRESS, NAME USED and DATES OF OCCUPANCY. | 1131 Knorr Street<br>Phila., PA  19111<br>prior to 2005. |

**16. Spouses and Former Spouses**

☑ **None** If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** Immediately preceding the commencement of the case; identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.   NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☑ **None** a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE, ENVIRONMENTAL LAW

☑ **None** b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE, ENVIRONMENTAL LAW

☑ **None** c. List all judicial or administrative proceedings, including settlements, or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENT UNIT, DOCKET NUMBER, STATUS OR DISPOSITION

The following questions are to be completed as shown below.*

**18. Nature, Location and Name of Business***
☑ **None** a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case. Give NAME, ADDRESS, NATURE OF BUSINESS and BEGINNING AND ENDING DATES OF OPERATION.

**19. Books, Records, and Financial Statements**
☐ None  a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.
Give NAME AND ADDRESS AND DATES SERVICES RENDERED.

☐ None  b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case had audited the books of account and records, or prepared a financial statement of the debtor.
Give NAME, ADDRESS and DATES SERVICES RENDERED.

☐ None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.
Give NAME AND ADDRESS.

☐ None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to who a financial statement was issued with the two years immediately preceding the commencement of this case by the debtor.
Give NAME AND ADDRESS and DATE ISSUED.

**20. Inventories**
☐ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.
Give DATE OF INVENTORY, INVENTORY, SUPERVISOR and DOLLAR AMOUNT OF INVENTORY (specify cost, market or other basis).

☐ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a.., above.
Give DATE OF INVENTORY and NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS.

**21. Current partners, Officers, Directors and Shareholders**
☐ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
Give NAME AND ADDRESS, NATURE OF INTEREST and PERCENTAGE OF INTEREST.
☐ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.
Give NAME AND ADDRESS, TITLE and NATURE AND PERCENTAGE OF STOCK OWNERSHIP.

**22. Former partners, Officers, Directors and Shareholders**
☐ None  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.
Give NAME, ADDRESS and DATE OF WITHDRAWAL.

☐ None  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated with one year immediately preceding the commencement of this case.
Give NAME AND ADDRESS, TITLE and DATE OF TERMINATION.

☐ None  23. Withdrawals from a Partnership or Distributions by a Corporation
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.
Give NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR, DATE AND PURPOSE OF WITHDRAWAL, and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

| | |
|---|---|
| **24. Tax Consolidation Group**<br><br>☒ None   If the debtor is a corporation, list the name and  federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.<br><br>NAME OF  PARENT CORPORATION, TAXPAYER IDENTIFICATION NUMBER (EIN) | |
| **25. Pension Funds**<br><br>☒ None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which  the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.<br><br>NAME OF  PENSION FUND, TAXPAYER IDENTIFICATION NUMBER (EIN) | |

### Unsworn Declaration under Penalty of Perjury

(If completed by an individual or individual and spouse)  I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | | |
|---|---|---|---|
| 9/26/05 | *Beverly Waver* | | |
| Date | Signature of Debtor | Date | Signature of Debtor |

(If completed on behalf of a partnership or corporation)  I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge information and belief.

| | | |
|---|---|---|
| Date | Signature | Print Name and Title |

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement:  Fine of up to $ 500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571

Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

[*Caption as in Form 16B*]

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a.** *Property to Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| None | |

**b.** *Property to Be Retained*       [*Check any applicable statement.*]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2004 Chrysler Crossfire | Daimler Chrysler | | | ✓ |

Date: _9/26/05_

x _Brandy Warner_
Signature of Debtor

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.

_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____     _____
Signature of Bankruptcy Petition Preparer     Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

If you intend to file a petition for relief under the bankruptcy laws of the United States, and your debts are primarily consumer debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief. You may proceed under:

Chapter  7—Liquidation, or

Chapter 11—Reorganization, or

Chapter 13—Adjustment of Debts of an Individual
with Regular Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

**Clerk of Court**

## ACKNOWLEDGMENT

I hereby certify that I have read this notice.

DATED: _____9/26/05_____

x _Beverly Warner_ ,
Debtor

_____ ,
Joint Debtor, if any

**INSTRUCTIONS:** *If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.*

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case        $   500.00

    (b) prior to filing this statement, debtor(s) have paid    $   500.00

    (c) the unpaid balance due and payable is    $   0.00

(3) $   209.00   of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:  9/26/05      Respectfully submitted, ...............................................................................................Attorney for Petitioner

Attorney's name and address......David J. Averett, Esq., 7719 Castor Avenue, Phila., PA 19152.........

© 1991 JULIUS BLUMBERG, INC., NYC 10013